# Drug Overdose in New Mexico

Behavioral Health Collaborative

January 8, 2015

Jim Davis, MA

Drug Epidemiologist

New Mexico Department of Health





EXHIBIT

E



Source: United States (CDC Wonder); New Mexico (NMDOH BVRHS/SAES, 1990-1998; NM-IBIS, 1999-2013)



Source: CDC Wonder 12/11/14

# Drug Poisoning Death Rates Leading States, U.S., 2012

| Rank | State | Deaths per 100,000 |
|---|---|---|
| 1 | West Virginia | 32.2 |
| 2 | Kentucky | 25.0 |
| 3 | New Mexico | 24.8 |
| 4 | Utah | 23.1 |
| 5 | Nevada | 20.9 |
| | U.S. | 13.1 |

Sources: CDC MMWR 63(26)
Rates are age-adjusted to the 2000 US Standard Population.

# Drug Overdose Death Rates by County, New Mexico, 2009-2013 and U.S., 2012



Drug Overdose Deaths per 100,000 Population by County, NM 2009-2013 and US 2012

Rates are age-adjusted to the US 2000 standard population
Source: NMDOH/BVRHS death files and UNM/GPS population

Deaths per 100,000 population