IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal Representative of the Estate
of Desiree Gonzales, deceased,

    Plaintiff,

  vs.    NO: 1:15-CV-00073-KG-SCY

SANTA FE COUNTY, MARK GALLEGOS, Deputy Warden/Acting
Youth Development Administrator, in his official and
individual capacities, GABRIEL VALENCIA, Youth
Development Administrator, Individually, MATTHEW
EDMUNDS, Corrections Officer, Individually, JOHN
ORTEGA, Corrections Officer, MOLLY ARCHULETA,
Corrections Nurse, Individually, ST. VINCENT HOSPITAL
and NATHAN PAUL UNKEFER, M.D.,

    Defendants.

VIDEOTAPED DEPOSITION OF ESMERALDA CORONADO
September 24, 2015
9:08 a.m.
119 East Marcy
Santa Fe, New Mexico

PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, this deposition was:

TAKEN BY: MR. LEE R. HUNT
    Attorney For Plaintiff

REPORTED BY: Arlette McClain, CCR #85
    Bean & Associates, Inc.
    Professional Court Reporting Service
    201 Third Street, Northwest, Suite 1630
    Albuquerque, New Mexico 87102
(3897L-AM)

Page 22

1 　A. No.
2 　Q. Did you look at any of the intake records?
3 　A. No.
4 　Q. During this process, and during the process
5 meaning the whole incident that related to Desiree,
6 and certainly after Desiree passed away, there was an
7 investigation, and you probably talked to some folks.
8 Did you talk to folks after Desiree passed away, that
9 were doing an investigation?
10 　A. A few. I don't remember who.
11 　Q. That's fine. At any point after Desiree
12 passed away, did you do any kind of report or
13 statement, or anything like that?
14 　A. Yes.
15 　Q. Did you review that statement before you
16 came here?
17 　A. No.
18 　Q. What was the -- the statement that you
19 did -- what would you call it? I don't want to give
20 it the wrong name, the report or --
21 　A. Incident reports, I think.
22 　Q. Why did you do that?
23 　A. It was just -- that's what we would do when
24 something happened, to record it -- to record our
25 accountability of what happened, or what we

Page 23

1 remembered --
2 　Q. The --
3 　A. -- or saw.
4 　Q. I'm sorry.
5 　A. Or saw.
6 　Q. The incident report that you did, was that
7 something that was just part of your common business
8 practice at the YDP?
9 　A. Yes.
10 　Q. Who did -- the incident report that you
11 did, who did you give that to; do you remember?
12 　A. I don't remember.
13 　Q. Was it written out in hand? Was it typed?
14 　A. It was typed.
15 　Q. Let's go back. I'm sorry for jumping
16 around.
17 　　So you came into the booking area, and as I
18 understand it you described the folks that were
19 already there. Had Mr. Valencia, when you got
20 there -- what did he tell you?
21 　A. I don't remember.
22 　Q. At some point he told you that Desiree was
23 coming from the hospital, and that there had been a
24 heroin overdose?
25 　A. Yes.

Page 24

1 　Q. But as far as when he told you that, you're
2 not sure?
3 　A. Right.
4 　Q. When you got into the booking area, had
5 Mr. Valencia accepted Desiree as a resident at the
6 YDP?
7 　A. Yes.
8 　Q. And when -- what was your first interaction
9 with Desiree?
10 　A. I don't remember.
11 　Q. Okay. Why don't you do this: It's always
12 hard to kind of walk through things with disjointed
13 questions. So I think probably what would be most
14 helpful, to me, at least, is have you describe the
15 booking process with Desiree. What you remember
16 about it. And if I might, I may jump in at some
17 point, if there is some point that I want to clarify.
18 So let me just allow you to go ahead and do that?
19 　A. I received her clothes first, her YDP
20 uniform. I got that out of the closet, and I -- I
21 got Desiree to come to the shower, where we dress
22 them out. And I advised her, We're going to do a
23 full strip search. She complied. We did the full
24 strip search, took off -- received all of the
25 clothing she had on, prior to giving her our uniform.

Page 25

1 Looked her over to make sure there was nothing
2 else -- make sure she had nothing with her. And
3 dressed her out, and took her fingerprints. Went
4 over her paperwork. Took her to Anasazi.
5 　Q. And after you took her to Anasazi, and
6 we'll -- I'm sure I'll ask you some follow-up stuff
7 to that, but after you took her to Anasazi, did you
8 have any interaction with Desiree again the rest of
9 that night?
10 　A. No.
11 　Q. At some point there was a phone call. Was
12 that before you took her to Anasazi?
13 　A. It was in Anasazi.
14 　Q. Okay. Okay. So, as I understand it, you
15 did the booking process, took her to Anasazi, did the
16 phone call. And then did you walk her into Anasazi
17 in the day bed -- or whatever -- not day bed.
18 　A. No.
19 　Q. After the phone call, did you go back into
20 the unit with her?
21 　A. Once.
22 　Q. And then you left?
23 　A. Yes.
24 　Q. And didn't have any other interaction with
25 her until when?

Page 34

1 area?
2     A. That one, no.
3     Q. There is a sheet on the individual service
4 plan. And part of the individual service plan is
5 health. Did you go over the individual service plan
6 with Desiree in the booking area?
7     A. In the booking area, no.
8     Q. At any point in -- did you go over the
9 individual service plan with Desiree at all during
10 the booking process?
11     A. Parts of it. In the booking process, no.
12 In the escort down, yes.
13     Q. The escort down takes about three minutes,
14 right?
15     A. Roughly. Depending on how long it takes
16 master control to open doors.
17     Q. Did you have the forms with you? Were you
18 carrying them with you and talking to her as you were
19 walking down to Anasazi?
20     A. Yes.
21     Q. And on the individual service plan, one of
22 the things it says is, "I will report all medical
23 problems/complaints immediately to medical staff, as
24 needed."
25       Did you go over that with Desiree?

Page 35

1     A. Yes.
2     Q. Did you tell Desiree it was important to
3 report any medical problems or complaints
4 immediately?
5     A. Yes.
6     Q. Did you -- on the individual service plan,
7 and you can take a look at this if you would like,
8 and it is page 7 of the document. Did you go over
9 the social skills part of that document with her?
10     A. I believe so.
11     Q. And on the individual service plan, that's
12 really the main area within the intake forms where
13 you talk about, kind of health issues with the
14 resident; is that true?
15     A. Yes.
16     Q. Okay. And on that part of the intake form,
17 at any point did you ask Desiree to initial the
18 sections related to health?
19     A. No.
20     Q. At any point relating to the individual
21 service plan, did you ask Desiree to sign the form,
22 acknowledging that she had been informed of these
23 expectations and of the plan?
24     A. No.
25     Q. At any point during the process did you

Page 36

1 ask -- I just want to understand, and I don't mean to
2 keep going over the same stuff, but you've told us
3 that Mr. Valencia at some point said, Don't have
4 Desiree sign the documents?
5     A. Right.
6     Q. Okay. And did he also say, Don't have
7 Desiree initial any of the documents?
8       MR. KOMER: Object to the form. Object to
9 the form of the prior question, as well.
10     A. I guess.
11     Q. Was there -- were you guys in a hurry with
12 Desiree, meaning in a hurry to get her from booking
13 into the Anasazi?
14     A. I wasn't. I was just following my
15 superior's word.
16     Q. Was Mr. Valencia's instructions to you to
17 not have Desiree sign the forms, was that because he
18 wanted to go ahead and get her down to the unit?
19       MR. KOMER: Object to form and foundation.
20       Go ahead.
21     A. I don't know.
22     Q. When you were standing there, did you
23 question Mr. Valencia and say, Why don't we go ahead
24 and do this now since we're all here in booking? Why
25 don't we go ahead and have Desiree sign these?

Page 37

1     A. I don't remember. I don't remember.
2     Q. Okay. Did you have any understanding,
3 based upon your observations of Desiree, or based
4 upon anything that you were instructed, on why
5 Desiree wasn't signing the intake forms?
6     A. Yes.
7     Q. Tell us what that was?
8     A. She's just really tired. She just kept
9 saying, I just want to go to sleep. I'm really
10 tired.
11     Q. Even with her being tired, based on what
12 you could tell, would she have been able to sign
13 them?
14     A. Yes.
15     Q. Did you ever -- as far as, just so that I
16 understand kind of exactly when this was, when you
17 got the instructions from Mr. Valencia to do the
18 signing of the documents the next day -- that's kind
19 of what the instruction was; is that what I
20 understand?
21     A. Yes.
22     Q. Had Desiree -- had she started to sign
23 anything? Meaning, did she have a pen or anything
24 like that?
25     A. Yes, she had the pen in her hand.

Page 38

1 Q. Did she ever put it down on the paper and
2 start signing anything?
3 A. She was starting to, and that's when
4 Valencia walked in.
5 Q. Now, during -- all of these documents --
6 "all these" meaning the pages attached to Exhibit 42,
7 which are labeled 2 through 16, at various places
8 there is a space for the signature of the staff,
9 including the initials of the staff, and that's where
10 you signed the document, is that --
11 A. Yes.
12 Q. When did you sign all of these documents?
13 A. Later on that night.
14 Q. So is it your testimony that as far as in
15 the booking area, is it your testimony that you did
16 not sign the documents in the booking area while
17 Desiree was present?
18 A. Just the property form.
19 Q. So page 3 is the personal property form?
20 A. Yes.
21 Q. So the personal property form was signed
22 while Desiree was in the booking area?
23 A. Yes.
24 Q. And it's your testimony that all of the
25 other forms were signed sometime later?

Page 39

1 A. Yes.
2 Q. All of the initials that you placed on the
3 document -- for instance, looking at the intake
4 checklist. When did you initial the intake
5 checklist?
6 A. After signing the other forms.
7 Q. Where was Desiree when you initialed all of
8 the intake forms -- or all of the intake checklists?
9 A. In Anasazi.
10 Q. Did you do all of the things that are on
11 here that you initialed, with Desiree?
12 A. I believe so.
13 Q. It says on here -- one of the things is
14 "Interview resident and complete medical screening."
15 And you initialed that that had been done.
16 Did you do that?
17 A. That, we go off the medical release from
18 the hospital.
19 Q. Did you fill out or complete the medical
20 screening form?
21 A. No.
22 Q. Did you do -- I think you described this,
23 but as I understand it, you did a strip search of
24 Desiree?
25 A. Yes.

Page 40

1 Q. And when you do a strip search, just kind
2 of -- not generally, but with Desiree, what did you
3 do?
4 A. Walked to the shower, take all of the
5 clothes she has on her, all of the belongings she has
6 with her, and look her around, have her shake her
7 hair out, open her mouth, look at her tongue, and
8 then hand her the uniform to dress into.
9 Q. And were you satisfied, after you did the
10 strip search, that Desiree didn't have any drugs or
11 anything like that on her or with her?
12 A. Yes.
13 Q. Based upon your -- you were around Desiree
14 for, I think you said 20 minutes that evening?
15 A. Approximately.
16 Q. What was her -- describe her condition?
17 A. She looked tired. She was coherent. She
18 understood where she was at, and she kept saying she
19 wanted to go to sleep.
20 Q. Was she sick in any way?
21 A. She looked a little sick.
22 Q. And maybe "sick" is kind of a bad word.
23 Other than being tired, was there anything else going
24 on with Desiree?
25 A. She kept trying to throw up.

Page 41

1 Q. Did she ever throw up when you were around
2 her?
3 A. No.
4 Q. Did she ever fall asleep during the booking
5 process when you were with her?
6 A. No.
7 Q. Did you have any concerns about Desiree
8 that you raised to anybody about her condition that
9 night?
10 A. Yes.
11 Q. Tell us about that.
12 A. I questioned -- well, not questioned. I
13 spoke to Mr. Valencia, if he was positive she was
14 okay to be here. And he said, Yes.
15 Q. Why did you ask him that?
16 A. Because she -- I mean -- I don't know.
17 Coming from the hospital, you just double-check. I
18 mean, I didn't get to see her medical clearance, so I
19 just wanted to double-check. I was going to be the
20 one booking her in.
21 Q. You wanted to double-check based on just,
22 kind of the time you were around Desiree, caused you
23 some concerns, and you just wanted to be sure?
24 A. Yeah. I think it was the dry heaving. The
25 fact that she was trying to throw up and not able to,