## Santa Fe County Youth Development Program

### Progress Notes

Name: Desiree Gonzales     DOB: 4/14/97
Date/Time: 5/8/14   1000     Notes

Yesterday, 5/7/14, @ 11:09 PM I received a phone call from Matthew Edmonds advising me that Desiree Gonzales was at our facility (YDP). He stated that she had overdosed on heroin and had been administered Narcan. He stated she came to the facility with a medical clearance from St. Vincent Hospital. I asked him if the clearance stated she was cleared for jail and he stated that "yes" it did say that. He said it also said she was "A+O" and he asked me what A+O ment. I said it means alert and oriented. I asked if she was alert and oriented and Mr. Edmonds responded that "yes" she was. I told Mr. Edmonds that we needed to have her sleep in a boat either in the dayroom or the horseshoe but that he and his staff needed to keep a very close eye on her during the night, monitor her breathing and let me know immediately if they had any concerns. He assured me that he would do so. We hung up.

At 1:57 AM I received a call from Renee Fernandez, YDP Administrator, and she told me that Desiree Gonzales was found by YDP security staff to be "unresponsive." I asked if 9-1-1 had been called and she responded, "yes"

Exhibit 2     pg 1

# Santa Fe County Youth Development Program

## Progress Notes

Name: Desiree Gonzales  DOB: 4/14/97
Date/Time: 5/8/14  1000  Notes:

I arrived @ YDP @ 2:17AM. The paramedics/EMT's were rendering care to resident Desiree Gonzales in Anasazi C pod. I observed for a few minutes, one of them stated they had a pulse and would be transporting her to the hospital. I saw that they did not have a back board and I asked if they wanted ours. One of them responded affirmatively. I went to Medical, got the back board and returned to Anasazi. Upon my return they had already moved her from the floor to their gurney and were exiting C pod. As they were exiting 4 police officers were entering, 2 Sheriff Officers and 2 SF City Officers. I walked behind the paramedics to booking, they departed the facility via ambulance. Ag I Mr. Edmonds went along on the transport.
I called Dr. Tim Taylor @ 3:30 AM and gave him report.
I spoke to Mr. Mark Caldwell when he called the facility at approx. 3:35 AM.
I called the Mental Health On-Call and spoke to Roberta Hertzenberg @ 3:46 AM.
Renee Fernandez called me @ 4:14 AM and stated they were waiting to hear an update but that she had no new information from St. Vincent Hospital, her current location.
I left the facility @ 4:17 AM and went home.
End of report.
Molly Archuleta RN

pg 2