## SANTA FE POLICE DEPARTMENT
SUPPLEMENTAL NARRATIVE REPORT
CASE # 14-006189
REPORT PREPARED BY:
OFFICER MARIA TENA
May 7 2014



On Wednesday May 7th, 2014 at approximately 19:26 hours, I Officer Tena was dispatched to 1419 Zepol Road #305 in reference to an overdose.

Upon my arrival at approximately 19:28 hours I made contact with Officer Ricky Chavez who arrived on scene. We proceeded to apartment #305 which was on the third floor. A young female who was later identified as D          Mares, opened the door and informed us that her friend D       ad overdose and was in the bathroom. The female was lying down on the bathroom's floor. She was unconscious and barely breathing. We notified dispatch to have the medics expedite to our location.

Danielle informed us that D         was 17 years old and that she had overdosed on Heroin. She said that when she got back to her apartment, D       was sitting down on the stairs near her apartment. She said she noticed she was getting sick and she brought her inside the apartment and put her in the bathtub.

Medic unit 8 arrived on scene and proceeded to medically assist D          A Narcan was used to bring D       back. She was transported to St. Vincent's Hospital.

I was informed by Dispatch that D        had a warrant from District Court.

I proceeded to contact Juvenile and probation Office. I made contact with Officer Andrea Sandoval. I informed her of the situation. She informed me that D Gonzales had a warrant for her arrest.

I proceeded to St. Vincent's Hospital to follow up on D        condition. When I arrived I was informed that she was going to be in observation for a while and that she would be medically released.
I spoke to D      She told me that her friend D        and she were both using heroin inside the apartment. She told me this was the first time she had used in a while.

I proceeded to contact Mrs. Janel Gonzales, who is D        mother. I identified myself and informed her of the situation. She told me she was still at work but she would try to make it to the Hospital as soon as possible. I also told her D     had a warrant from District Court.



Mrs. Gonzales arrived on scene. She told me that the last time she had seen D was about two months ago before she had ran away from Desert Hills (Child Residential Treatment Center).
I allowed her to go inside D       room and talk to her.

D.      was medically cleared and released from St. Vincent's Hospital. I proceeded to transport her to Juvenile Detention Center.

A copy of the Medical clearance form will be attached to this report.

No further action was taken by this Officer at this time.