14/13

# FINAL — Patient Care Report

**City of Santa Fe Fire Department**
200 MURALES ROAD
SANTA FE, Santa Fe, NM, 87501
(505) 955-3110 Ext.
NPI: 1831263391
EMS Agency Number: 127448

| Run Number: | 0004508 |
|---|---|
| Incident Number: | 0004508 |
| Date of Service: | 05/07/2014 |
| Patient Name: | DESIREE GONZALES |

## CREW INFO

| Field | Value |
|---|---|
| Vehicle: | Med 8 |
| Call Sign: | |
| Resp No: | |
| Primary Role: | Transport |
| Crew #1 ID: | MARTINEZ, MICHAEL |
| Crew #1 Role: | |
| Crew #1 Level: | EMT-Paramedic |
| Crew #2 ID: | MARTINEZ, JEREMY |
| Crew #2 Role: | |
| Crew #2 Level: | EMT-Basic |
| Crew #3 Role: | |
| Crew #3 Level: | |
| Disp Locn: | |
| Disp Zone: | |
| Disp GPS Locn: | |
| Other EMS Agency: | |
| Est First At Scene: | |
| First At Scene time: | |
| Doc'd By: | MARTINEZ, MICHAEL |
| Assisted By: | Law Enforcement |

## RESPONSE INFO

| Field | Value |
|---|---|
| Med/Trauma: | Medical |
| Call Type: | 911 Call |
| Resp Priority: | Emergency |
| Nature Of Call: | 31. Unconscious/Fainting |
| EMD Performed: | No |
| EMD Card No: | |
| Dispatch. Delay: | |
| Resp. Delay: | None |
| Call Taken by: | |
| Resp. with: | Not Available |
| Locn Type: | Home/Residence |
| Location: | REDACTED |
| Scene Zone No: | |
| Scene GPS Locn: | |
| Pt. Found: | On Floor |
| No of Patients: | 1 |
| Sending Fac Med Rec No: | |
| Mass Casualty Inc: | |
| Possible Injury: | |
| Response Zone: | |

## DISPOSITION

| Field | Value |
|---|---|
| Type of Service: | 911 Response (Scene) |
| Outcome: | Treated, Transported by EMS |
| Dest. Reason: | Protocol |
| Trans. Priority: | Non Emergency |
| Odometer Start: | |
| At Scene Mileage: | 85,210.0 |
| At Dest. Mileage: | 85,215.0 |
| Odometer End: | |
| Patients Txed from Amb: | Assisted/Walk |
| Cond at Dest.: | Improved |
| Dest Type: | |
| Protocols Used: | |
| Level of care: | ALS 1 Emergent |
| Barriers to Care: | Not Applicable |
| Pt. Transported: | Semi-Fowlers - Gurney |
| Scene Delay: | |
| Trans. Delay: | Not Applicable |
| Dest Delay: | Not Applicable |
| Destination: | CHRISTUS St. Vincent Regional Medical Center, Dept: Emergency Department, Santa Fe, Santa Fe, NM 87505 |
| Dest Zone No: | |
| Dest GPS Locn: | |
| Dest Fac Med Rec No: | |
| Recv Doctor: | |

## TIMES

| Field | Value |
|---|---|
| Injury: | |
| PSAP: | 19:25 05-07-14 |
| Recvd: | 19:25 05-07-14 |
| Dispatch: | 19:27 05-07-14 |
| En route: | 19:29 05-07-14 |
| At scene: | 19:34 05-07-14 |
| At patient: | 19:34 05-07-14 |
| Trans of Care: | |
| Transport: | 20:11 05-07-14 |
| At dest.: | 20:26 05-07-14 |
| In service: | 21:01 05-07-14 |
| At base: | |

RECEIVED AUG 27 2014 New Mexico Medical Review Comm.

## PATIENT INFORMATION

| Field | Value |
|---|---|
| Name: | DESIREE GONZALES |
| SSN: | REDACTED |
| Sex: | Female |
| Race: | <Unknown> |
| Ethnicity: | |
| Broselow/Luten Color: | |
| Email: | |
| Belongings: | |
| Advanced Directives: | None |
| Patient Characteristics: | |
| Phone: | REDACTED |
| DOB: | REDACTED |
| Weight: | 150 lbs (68.04 kgs) |
| Emergency Info Form: | |
| DL Info: | |
| Belongings Left With: | |
| Face Sheet: | |
| Medicare Questionnaire: | |
| Home Country: | |
| Home Addr.: | REDACTED |
| Mailing Addr.: | REDACTED |
| Doctor: | |
| Homeless: | |

EXHIBIT B

# FINAL

**Patient Care Report**

| | |
|---|---|
| City of Santa Fe Fire Department | Run Number: 0004508 |
| 200 MURALES ROAD | Incident Number: 0004508 |
| SANTA FE, Santa Fe, NM, 87501 | Date of Service: 05/07/2014 |
| (505) 955-3110 Ext. | Patient Name: DESIREE GONZALES |
| NPI: 1831263391 | |
| EMS Agency Number: 127448 | |

## IMPRESSIONS

**Primary Impression:** Alcohol Intox Or Drug Overdose

### TRAUMA

**MVA Details:** Row Location    Position    Height of Fall:
Trauma Severity    Trauma Assessment Time
Social Alert

**Cause of Injury**
Drug poisoning (E85X.0)

### VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 05/7/2014 19:35 | No | 112/60 Manual Cuff | 58, Weak, Regular | | 0 Absent, <None> | 7%, Source: Room Air | | 262 | E1 + V1 + M1 = 3 Initial GCS has legitimate values without interventions such as intubation and sedation |

Skin Temp=Cool  Skin Color=Cyanotic  Skin Moisture=Normal  Cap. Refill=Absent
Pupil Reacts: Left=Non-Reactive, Right=Non-Reactive  Pupil Dilation: Left=Constricted, Right=Constricted
Level of Consciousness: Unresponsive; Arm Movement: Left=None, Right=None; Leg Movement: Left=None, Right=None;

**Taken by:** MARTINEZ, MICHAEL

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 05/7/2014 20:08 | No | 110/78 Automated Cuff | 94, Strong, Regular | | 16 Normal, Regular | 94%, Source: Room Air | | | E4 + V5 + M6 = 15 Initial GCS has legitimate values without interventions such as intubation and sedation |

Skin Temp=Cool  Skin Color=Pale  Skin Moisture=Normal  Lung Sounds Left=Normal;  Lung Sounds Right=Normal;  Cap. Refill=Less Than 2 Sec.
Pupil Dilation: Left=Normal, Right=Normal
Level of Consciousness: Alert; Pain Scale=5; Arm Movement: Left=Spontaneous, Right=Spontaneous; Leg Movement: Left=Spontaneous, Right=Spontaneous;

**Taken by:** MARTINEZ, MICHAEL

### TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 19:35 | No | Oxygen - BVM | MARTINEZ, MICHAEL | Protocol (Standing Order) | |
| | | **Complication** | **Complication Narrative** | | |

Indication=Apnea    Device=BVM to Face    Dosage=25 LPM
Response=Improved    Dosage Units=L/MIN    Rate=10

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 19:36 | No | Narcan/Naloxone | MARTINEZ, MICHAEL | Protocol (Standing Order) | |
| | | **Complication** | **Complication Narrative** | | |

Dosage=0.4mg    Route=Nasal    Indication=Suspected Narcotic Overdose
Dosage Units=MG    Response=Unchanged

**FINAL**      **Patient Care Report**

City of Santa Fe Fire Department
200 MURALES ROAD
SANTA FE, Santa Fe, NM, 87501
(505) 955-3110 Ext.

NPI: 1831263391
EMS Agency Number: 127448

| Run Number: | 0004508 |
| --- | --- |
| Incident Number: | 0004508 |
| Date of Service: | 05/07/2014 |
| Patient Name: | DESIREE GONZALES |

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
| --- | --- | --- | --- | --- | --- |
| 19:38 | No | IV Start (AC) Successful | MARTINEZ, MICHAEL | Protocol (Standing Order) | |
| | | Complication | Complication Narrative | | |
| | | Rate=TKO | IV Site=Anticubital | | Solution=0.9% NSS |
| | | Tubing=Macro Drip | Volume=100 ML | | Size=18 G |
| | | Length=1.25 | Type=IV-Extremity | | Successful=Yes |
| | | Response=Unchanged | Indication=Medicaton Route | | Side=Left |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
| --- | --- | --- | --- | --- | --- |
| 19:39 | No | Narcan/Naloxone | MARTINEZ, MICHAEL | Protocol (Standing Order) | |
| | | Complication | Complication Narrative | | |
| | | Dosage=0.4mg | Route=Intravenous | | Indication=Suspected Narcotic Overdose |
| | | Dosage Units=MG | Response=Improved | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
| --- | --- | --- | --- | --- | --- |
| 19:44 | No | Narcan/Naloxone | MARTINEZ, MICHAEL | Protocol (Standing Order) | |
| | | Complication | Complication Narrative | | |
| | | Dosage=0.4mg | Route=Intravenous | | Indication=Suspected Narcotic Overdose |
| | | Dosage Units=MG | Response=Improved | | |

## NARRATIVE

PAGED FOR A 17 YEAR OLD FEMALE UNCONSCIOUS OVERDOSE. UPON ARRIVAL ON SCENE THE PT WAS AT THE DOORWAY OF THE BATHROOM UNCONSCIOUS NOT BREATHING A PULSE AT THE CAROTID. THE PULSE OXIMETRY READ AN O2 SATURATION OF 7% AND A PULSE OF 58. ASSISTED PT WITH VENTALATION USING A BVM. ADMINISTERED IN NARCAN .5MG IN EACH NARE WITH NO RESPONSE. OBTAINED AN IV OF NS ON THE LEFT AC AND ADMINISTERED 1MG OF NARCAN IVP THEN THE PT WOKE UP WITH IN A MINUTE. THE PT CLOTHING WAS WET AND COLD DUE TO HER FRIENDS PUTING HER IN AN ICE BATH SO I REMOVED THE PTS WET CLOTHING AND DRESSED HER IN DRY CLOTH. THE PT COMPLAINED SHE WAS EXTREMELY COLD AND HURT ALL OVER. APPLIED HOT PACKS AND BLANKET TO THE PT TO ASSIST WITH REWARMING. ENROUTE TO THE HOSPITAL THE PT CALLED HER MOTHER AND TOLD HER SHE WAS GOING TO THE HOSPITAL BECAUSE SHE HAD OVERDOSED AGAIN. THE PT TOLD HER MOTHER SHE WAS SHE WAS HAVING A BAD DAY AND BEGAN TO CRY. AS I TURNED THE PT OVER TO THE ER NURSE THE PT BEGAN TO VOMIT.

A- CLEAR SELF MAINTAINED, B- ABSENT NO EFFORT NOTED, C- A PULSE WAS NOTED AT COROTID WEAK, HEENT- NO TRAUMA NOTED PTS HAIR WAS WET EYES WERE PIN POINT AND FIXED, CHEST- NO TRAUMA NOTED WHEN THE PT WOKE UP SHE COMPLAINED OF CHEST WALL PAIN DUE TO HER FRIEND ATTEMPTING CPR, ABD- SOFT NON TENDER, EXTREMITIES- COLD TO THE TOUCH NO TRAUMA BLUISH TINT NOTED.

OBTAINED VITALS, O2 VIA BVM AT BVM, IN NARCAN .5MG IN EACH NARE, IV OF NS ON THE LEFT AC AT TKO, BGL, 1MG OF NARCAN IVP, USED 6 HOT PACKS AND BLANKETS TO HELP REWARM THE PT, TRANSPORTED THE PT TO ST VINCENT ON THE GURNEY IN POC, RADIO REPORT, TURNED THE PT OVER TO THE ER NURSE.

## MISCELLANEOUS

Trauma Registry ID:
PD Case Number:
Pat ID Band/Tag #:
Fire Inc Report #: