Patient Name: GONZALES, DESIREE EVA M  
Date of Birth: REDA  
MRN: 0000516646  
FIN: 3000802548  

* Auth (Verified) *

---

**66 — Alcohol Intox / Abuse (5)**

TIME SEEN: 2040  ☐ on arrival  ROOM: 23  (EMS Arrival)  
HISTORIAN: patient  spouse  paramedics  
__HX / __EXAM LIMITED BY: _____  
**HPI** B.P. Nurse  BGL 263 per EMS  

**chief complaint:**
request detox  ETOH  drugs  intoxicated  
suicide attempt  self-injury  intentional drug overdose  
accidental drug ingestion  
Overdose of heroin  

**started / timing:**
brought by family / friend  last drink / drug abuse  

gone now  better  continues at ED  
**severity:** mild  moderate  severe  
**context:**
situational problems "Had a rough day today"  
related to: spouse / parent / son / daughter / significant other  
work / lost job / school / legal problems  
Found by friends and she was put in a tub full of ice.  

**current / associated complaints:**
depressed / angry / frustrated / agitated / hostile / paranoid  
confused / hallucinating  
tremors / seizures  Admits to heroin, denies  
• mild moderate severe  other drugs or pills  
suicidal thoughts / specific plan / gesture or attempt  
trauma / assault / fall / MVA  
co-ingestion  

**ROS**  
☐ ROS limited by mental status  
PULMONARY / CVS  
cough  
trouble breathing  
chest pain  

ENT  
sore throat  

NEURO / EYES  
headache  
visual disturbance  
GI / GU  
abdominal pain  
nausea / vomiting x3 in ER  
diarrhea  
problems urinating  

SKIN / LYMPH / MS  
skin rash / swelling  
joint pain  

☒ all systems neg. except as marked  

**PAST HX** __negative  
☐ Prior records reviewed: h/o IVDA  

prior suicide attempt  
psychiatric problems  
depression  bipolar disorder  
schizophrenia  other  
prior detox administered  

cardiac disease  
high blood pressure  
diabetes Type 1 / Type 2  
diet / oral / insulin  
disease  
HIV / AIDS  

EMS Tx:  
1mg Narcan IM, 1 Narcan IVP  
came around within 3 minutes.

GONZALES, DESIREE EVA M  
ED  17Y  F  REDA  
ACCT: 3000802548  
MRN: 0000516646  
Admit Dt: 05/07/2014  

Alcohol Intox / Abuse - 66  Rev. 06/12

---

Surgeries: none  noncontributory  appendectomy  
tonsillectomy  hysterectomy  
cholecystectomy  
Reviewed  Room 23

Medications  none  see nurses note  Allergies  NKDA  
unknown  doesn't know  see nurses note  Reviewed  

**SOCIAL HX**  smoker  drug use/abuse  
recent ETOH  IVDA. Heroin  
disabled / unemployed  occupation  
marital status: single  married  children  
**FAMILY HX** non-contributory  

☒ Nursing Assessment Reviewed  ☒ Vitals Reviewed  
**PHYSICAL EXAM**  BP 100/66, HR 99, T 36.7, RR 19, SpO2 99  
General Appearance  __c-collar (PTA / in ED) / backboard  N.C. P.  
__alert  
__mild X moderate / severe distress  
__lethargic / obtunded  
__evidence of trauma  

**EENT**  
__nml ENT inspection  
__pharynx nml  
(if obtunded)  
- nml gag reflex  
__abnormal TM  
__dry mucosa  
__gag reflex diminished / absent  

**EYES**  
__PERRL  
__EOMs intact  
__fundi nml  
__nystagmus  
__disconjugate gaze  
__mydriasis / miosis / anisocoria  
R Pupil ___ mm  L Pupil ___ mm  
__papilledema  

**NEURO / PSYCH**  
mental status  
/ mood nml  
/ affect full  
/ thoughts clear  
/ insight good  
/ judgment intact  

__slow / no response to commands  
__withdraws to pain  no response to pain  
__depressed mood  Slightly anxious  
__affect flat / blunted  
__thoughts confused / tangential  
__insight fair / poor  
__judgment poor / impulsive  
__tearful / hostile / non-communicative  
__suicidal ideation  

For suicide attempts:  On direct query, patient ADMITS / DENIES  
continued consideration of suicide as an option.  
If denies, why?  

**orientation**  
__normal x3  
__uncooperative / cannot determine  
__cognition impaired  
__disoriented to: person / place / time  

**cranial nerves**  
**sensory, motor:**  
__CN's intact as tested  
__nml motor response  
/ nml sensory response  
/ nml reflexes  
/ nml gait  
__facial droop / CN abnormality  
__motor / sensory deficit  
__abnormal gait  

**NECK / BACK**  
/ non-tender  
/ normal inspection  
/ neck supple  
__tenderness  
__cerv. lymphadenopathy (R/L)  
__thyromegaly / meningismus  

© 1996 - 2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.  
**Christus St. Vincent Medical Regional Center**  
Santa Fe, NM  
**EMERGENCY PHYSICIAN RECORD**

Room  
**EXHIBIT  E**

Facility: CHRISTUS ST VINCENT

Patient Name: GONZALES, DESIREE EVA M
Date of Birth: REDA

MRN: 0000516646
FIN: 3000802548

* Auth (Verified) *

**RESPIRATORY**
- wheezes / rales / rhonchi
- ✓ chest non-tender
- ✓ no resp. distress — Increased rate
- ✓ breath sounds nml

**CVS**
- ✓ regular rate, rhythm — Irregularly irregular rhythm
- ✓ heart sounds normal — extrasystoles (occasional / frequent)
- tachycardia / bradycardia
- JVD

**ABDOMEN**
- ✓ non-tender — guarding
- ✓ pelvis stable non-tender — hepatomegaly / splenomegaly
- ✓ nml bowel sounds — moderately / morbidly obese
- no organomegaly — distention

**SKIN**
- ✓ color nml, no rash — cyanosis / diaphoresis / pallor
- ✓ warm, dry — skin rash

**EXTREMITIES**
- ✓ non-tender — laceration
- ✓ normal ROM — pedal edema
- ✓ no signs of injury
- ✓ no pedal edema

**PROCEDURES:** ☐ Restraints
☐ Intubated by ED physician   nasal / oral   #____ ET tube
breath sounds equal   tube position confirmed w CXR
☐ Gastric Lavage   pill fragments recovered
☐ Charcoal ____ gm given   Sorbitol ____ oz given

**PLAN OF CARE:**
☐ 1. The Patient will be held in the Emergency Department until functional capacity is demonstrated to the ED physician. Functional capacity is demonstrated by: steady gait, clear speech, and orientation to person, place and time.
☐ 2. Patient may be evaluated by Detox counselor.

**LABS, EKG & XRAYS**
| CBC | Chemistries | Amylase | ☐ Urine Dip |
|---|---|---|---|
| normal except | normal except | Lipase | normal |
| WBC | Gluc | T-Bili | gluc |
| Hgb | BUN | ALT | leuk |
| Hct | Creat | AST | blood |
| Platelets | Ca | T4 | UA Cx-Pend |
| segs | Na | TSH | normal except |
| bands | K | serum / | WBC |
| lymphs | Cl | urine preg | RBC's |
| monos | CO2 | POS NEG | nitrite |
| | Anion Gap | | bacteria |

Drug Levels   Drug Screening   Urine Toxicology neg except
dilantin   neg except
phenobarb   acetamin
tegretol   aspirin
   MBA

EKG ☐ See # 80
CXR portable ☐ Insp. by me ☐ Reviewed by me ☐ Discsd w/ radiologist
__ nml/NAD   __ no infiltrates   __ nml heart size   __ nml mediastinum

not / changed from:
Pulse Ox ____ % on RA / ____ L / ____ % at (time)

Additional templates:
GONZALES, DESIREE EVA M
ED   17Y   F   REDA
ACCT: 3000802548
MRUN: 0000516646
Admit Dt: 05/07/2014

**PROGRESS:** pt woke up vomiting, agitated, exhibiting withdraw symptoms → Zofran / Ativan
Time ___ unchanged ___ improved ___ re-examined

17 y/o female pt presents to ED 2° to heroin IV drug overdose. Per EMS, pt was found by friends unresponsive. Tx PTA by EMS: 1mg narcan, and 1mg narcan IVP. Pt woke up approx 2 min after. Pt admits to doing "more than usual". Tx: 1mg Ativan, 4mg nausea IV.   since narcan given

Observed x 2 hrs. No Re-overdose. Wide awake, Talking to officers, walked out → D/C to JJ: where she can continue to be watched.   = stand gait

☑ referred to / discussed with Dr. P Q.P.   Time called ___
will see patient in ED / hospital / office

Counseled patient / family regarding   Additional history from:
lab / rad. results discussed / need for follow-up   family caretaker paramedics
prior records ordered   Rx given
**CRIT CARE TIME** (excluding separately billable procedures)
30-74 min   75-104 min ____ min

**DISCHARGE ORDER:**
☑ 1. Patient has functional capacity as demonstrated by steady gait, clear speech, and orientation to person, place and time. Patient may be discharged.
☐ 2. Patient has not shown functional capacity, but Patient can be discharged in the care of a responsible adult. Transportation arrangements will be made so that the patient does not drive a vehicle.
☐ 3. Patient medically cleared for P.C.
☐ 4. Patient placed on 24 hr. mental hold to return for Psych eval. when sober

**DIAGNOSIS:** (acute)   chronic
Ethanol Intoxication   Psychosis   Schizophrenia exac.
Depression   Drug Overdose - Intentional / accidental
major manic   Suicide Attempt / Ideation
(Drug overdose)

DISPOSITION- Time 2152   am / pm   pohco
TO: ☐ home ☐ admitted   ☑ transferred
CONDITION- ☐ unchanged ☑ improved ☑ stable

NP/PA ___   Date: ___   Time: ___
Recorded by: [signature]   Scribe for: Q. Unkefer
Scribe signature: [signature]   Date: 5/2/14 Time: ___
☑ This document accurately reflects work, treatment and decisions made by me:
PHYSICIAN SIGNATURE [signature]   MD # 1514
Date   Time
☑ Template Complete

Christus St. Vincent Medical Regional Center
Santa Fe, NM
**EMERGENCY PHYSICIAN RECORD**

Alcohol Intox / Abuse - 66   Rev. 06/12