UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**AIMEE BEVAN, as Personal Representative of**
the Estate of Desiree Gonzales, deceased,

    Plaintiff,

v.                                Case No. 1:15-CV-00073-KG-SCY

**SANTA FE COUNTY, MARK GALLEGOS,**
Deputy Warden/Acting Youth Development Administrator,
in his official and individual capacities, GABRIEL
VALENCIA, Youth Development Administrator,
Individually, MATTHEW EDMUNDS, Corrections
Officer, individually, JOHN ORTEGA, Corrections
Officer, MOLLY ARCHULETA, Corrections Nurse,
Individually, ST. VINCENT HOSPITAL, and
NATHAN PAUL UNKEFER, M.D.,

    Defendants

## ORDER EXTENDING DEADLINE FOR FILING PRETRIAL ORDER

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Extend Filing of Pretrial Order, and the Court being fully advised, FINDs:

That the Motion is unopposed and well taken and is therefore granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the deadline for the filing of the Pretrial Order is extended from June 3, 2016 to June 8, 2016.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE