IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal Representative of
the Estate of Desiree Gonzales, deceased,

    Plaintiff,

vs.                                                                Civ. No. 15-73 KG/SCY

SANTA FE COUNTY, MARK CALDWELL, Warden,
in his official capacity, MARK GALLEGOS,
Deputy Warden/Acting Youth Development Administrator,
in his individual capacity, GABRIEL VALENCIA,
Youth Development Administrator, Individually,
MATTHEW EDMUNDS, Corrections Officer, individually,
JOHN ORTEGA, Corrections Officer, MOLLY ARCHULETA,
Corrections Nurse, Individually, ST. VINCENT HOSPITAL, and
NATHAN PAUL UNKEFER, M.D.,

    Defendants.

## PARTIAL SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF

Having granted Plaintiff's Motion for Partial Summary Judgment and Memorandum in Support (Doc. 145) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment in Favor of Plaintiff,

IT IS ORDERED that summary judgment is entered in favor of Plaintiff in that Desiree Gonzales' respiratory distress and death meet the objective component of Plaintiff's Eighth Amendment claims.

_____
UNITED STATES DISTRICT JUDGE