IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal Representative of
the Estate of Desiree Gonzales, deceased,

    Plaintiff,

vs.                                                      Civ. No. 15-73 KG/SCY

SANTA FE COUNTY, MARK CALDWELL,
in his official capacity, MARK GALLEGOS,
in his individual capacity, GABRIEL VALENCIA,
Youth Development Administrator, Individually,
MATTHEW EDMUNDS, Corrections Officer, individually,
JOHN ORTEGA, Corrections Officer, MOLLY ARCHULETA,
Corrections Nurse, Individually, ST. VINCENT HOSPITAL, and
NATHAN PAUL UNKEFER, M.D.,

    Defendants.

## SUMMARY JUDGMENT AS TO DEFENDANTS MARK GALLEGOS AND MARK CALDWELL

Having granted Defendant Mark Gallegos' Motion for Summary Judgment (Doc. 133) by entering a Memorandum Opinion and Order contemporaneously with this Summary Judgment as to Defendants Mark Gallegos and Mark Caldwell,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendants Mark Gallegos and Mark Caldwell on all of Plaintiff's claims;

2. those claims are dismissed with prejudice;  and

3. Gallegos and Caldwell are terminated as parties to this lawsuit.

_____
UNITED STATES DISTRICT JUDGE