IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal Representative of
the Estate of Desiree Gonzales, deceased,

    Plaintiff,

vs.                                       Civ. No. 15-73 KG/SCY

SANTA FE COUNTY, GABRIEL VALENCIA,
Youth Development Administrator, Individually,
MATTHEW EDMUNDS, Corrections Officer,
individually, JOHN ORTEGA, Corrections Officer,
MOLLY ARCHULETA, Corrections Nurse,
Individually, ST. VINCENT HOSPITAL, and
NATHAN PAUL UNKEFER, M.D.,

    Defendants.

## PARTIAL SUMMARY JUDGMENT IN FAVOR OF DEFENDANT MOLLY ARCHULETA

Having granted in part Defendant Molly Archuleta's Motion for Summary Judgment (Doc. 164) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment in Favor of Defendant Molly Archuleta,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant Archuleta as to (a) the New Mexico Constitutional claim brought under Count One of the Complaint for Wrongful Death (Doc. 1), and (b) Count Three of the Complaint for Wrongful Death; and

2. those claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE