IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal Representative of
the Estate of Desiree Gonzales, deceased,

    Plaintiff,

vs.                                                                                  Civ. No. 15-73 KG/SCY

SANTA FE COUNTY, GABRIEL VALENCIA,
Youth Development Administrator, Individually,
MATTHEW EDMUNDS, Corrections Officer,
individually, JOHN ORTEGA, Corrections Officer,
MOLLY ARCHULETA, Corrections Nurse,
Individually, ST. VINCENT HOSPITAL, and
NATHAN PAUL UNKEFER, M.D.,

    Defendants.

## PARTIAL SUMMARY JUDGMENT IN FAVOR OF
## DEFENDANTS VALENCIA, EDMUNDS, AND ORTEGA

Having granted, in part, the Motion for Summary Judgment of Defendants Gabriel Valencia, Matthew Edmunds and John Ortega (Doc. 166) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment in Favor of Defendants Valencia, Edmunds, and Ortega,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendants Gabriel Valencia, Matthew Edmunds, and John Ortega as to

(a) the New Mexico Constitutional claims brought under Count One of the Complaint for Wrongful Death (Doc. 1), and

(b) Count Three of the Complaint for Wrongful Death (Doc. 1); and

2. those claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE