IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal
Representative of the Estate of Desiree
Gonzales, deceased,

    Plaintiff,

vs.                                                  Civ. No. 15-73 KG/SCY

SANTA FE COUNTY, GABRIEL VALENCIA,
Youth Development Administrator, Individually,
MATTHEW EDMUNDS, Corrections Officer,
individually, JOHN ORTEGA, Corrections Officer,
MOLLY ARCHULETA, Corrections Nurse,
Individually, ST. VINCENT HOSPITAL, and
NATHAN PAUL UNKEFER, M.D.,

    Defendants.

## SUMMARY JUDGMENT IN FAVOR OF DEFENDANT SANTA FE COUNTY

Having granted Defendant Santa Fe County's Motion for Summary Judgment (Doc. 163) by entering a Memorandum Opinion and Order contemporaneously with this Summary Judgment in Favor of Defendant Santa Fe County,

IT IS ORDERED that

1. summary judgment is granted in favor of Defendant Santa Fe County as to all of Plaintiff's claims against it;

2. those claims are dismissed with prejudice; and

3. Defendant Santa Fe County is terminated as a party to this lawsuit.

_____
UNITED STATES DISTRICT JUDGE