IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal
Representative of the Estate of Desiree
Gonzales, deceased,

    Plaintiff,

vs.                                              Civ. No. 15-73 KG/SCY

GABRIEL VALENCIA, Youth Development
Administrator, Individually, MATTHEW EDMUNDS,
Corrections Officer, Individually, JOHN ORTEGA,
Corrections Officer, Individually, MOLLY ARCHULETA,
Corrections Nurse, Individually, ST. VINCENT HOSPITAL,
and NATHAN PAUL UNKEFER, M.D.,

    Defendants.

## PARTIAL SUMMARY JUDGMENT IN FAVOR OF DEFENDANT ST. VINCENT HOSPITAL

Having granted St. Vincent Hospital's Motion for Summary Judgment and Memorandum in Support (Doc. 132) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment in Favor of Defendant St. Vincent Hospital,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant St. Vincent Hospital as to Plaintiff's direct negligence claims, including the punitive damages claim, as asserted in Count Four of the Complaint for Wrongful Death (Doc. 1); and

2. those claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE