IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal
Representative of the Estate of Desiree
Gonzales, deceased,

    Plaintiff,

vs.                                             Civ. No. 15-73 KG/SCY

GABRIEL VALENCIA, Youth Development
Administrator, Individually, MATTHEW EDMUNDS,
Corrections Officer, Individually, JOHN ORTEGA,
Corrections Officer, Individually, MOLLY ARCHULETA,
Corrections Nurse, Individually, ST. VINCENT HOSPITAL, and
NATHAN PAUL UNKEFER, M.D.,

    Defendants.

## PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT NATHAN PAUL UNKEFER, M.D.

Having granted Defendant Nathan Paul Unkefer, M.D.'s Motion for Partial Summary Judgment on the Issue of Punitive Damages and Supporting Memorandum (Doc. 165) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment as to Defendant Nathan Paul Unkefer, M.D.,

    IT IS ORDERED that

    1. summary judgment is entered in favor of Defendant Nathan Paul Unkefer, M.D. on Plaintiff's punitive damages claim raised in Count Four of the Complaint for Wrongful Death (Doc. 1); and

    2. that punitive damages claim is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE