IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal
Representative of the Estate of Desiree
Gonzales, deceased,

    Plaintiff,

vs.                                                   Civ. No. 15-0073 KG/SCY

GABRIEL VALENCIA, Youth Development
Administrator, Individually, MATTHEW EDMUNDS,
Corrections Officer, Individually, JOHN ORTEGA,
Corrections Officer, Individually, MOLLY ARCHULETA,
Corrections Nurse, Individually, ST. VINCENT HOSPITAL, and
NATHAN PAUL UNKEFER, M.D.,

    Defendants.

## ORDER

This matter comes before the Court upon Plaintiff's Motion Requesting Intra-District Transfer (Motion to Transfer) filed on March 24, 2016. (Doc. 150). Defendant Nathan Paul Unkefer filed a response on April 7, 2016. (Doc. 156). County Defendants filed a response on April 8, 2016. (Doc. 158). Defendant St. Vincent Hospital filed a response on April 11, 2016. (Doc. 161). Plaintiff filed a reply on April 22, 2016. (Doc. 167). The Court held a hearing on the Motion to Transfer on November 16, 2017, in which Lee Hunt represented Plaintiff, Tamara Safarik represented Defendant Unkefer, Jennifer Anderson represented Defendant St. Vincent Hospital, Steven Gonzales represented Defendant Molly Archuleta, and Mark Komer represented all other County Defendants.

Having considered the parties' arguments and applicable law, the Court denies Plaintiff's Motion to Transfer (Doc. 15). However, to make it more convenient for all parties, counsel and witnesses, the Court will hold the trial in Albuquerque, New Mexico.

IT IS ORDERED that

1. Plaintiff's Motion to Transfer (Doc. 150) is denied; and

2. the Court will set a jury trial in Albuquerque, New Mexico, beginning September 10, 2018.

                                                                                         UNITED STATES DISTRICT JUDGE