IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal
Representative of the Estate of Desiree
Gonzales, deceased,

    Plaintiff,

vs.                                                                                  Civ. No. 15-0073 KG/SCY

GABRIEL VALENCIA, Youth Development
Administrator, Individually, MATTHEW EDMUNDS,
Corrections Officer, Individually, JOHN ORTEGA,
Corrections Officer, Individually, MOLLY ARCHULETA,
Corrections Nurse, Individually, ST. VINCENT HOSPITAL, and
NATHAN PAUL UNKEFER, M.D.,

    Defendants.

## ORDER RESULTING FROM PRELIMINARY HEARING

This matter is before the Court following a preliminary hearing on Plaintiff's Motion to Exclude Cheryl Wills. (Doc. 155). Lee Hunt appeared for Plaintiff; Mark Komer appeared for County Defendants; Jennifer Anderson appeared for Defendant St. Vincent Hospital; Steven Gonzales appeared for Defendant Molly Archuleta; and Tamara Safarik and Thomas Mack appeared for Defendant Nathan Paul Unkefer, M.D. Having determined that supplemental briefing is necessary, the Court hereby, ORDERS

1. Plaintiff shall supplement the record to clarify what damages Plaintiff is seeking on or before 5:00 PM April 17, 2018; and

2. County Defendants shall supplement the record to include where and when Cheryl Wills has testified as an expert on or before 5:00 PM April 17, 2018.

                                                                           _____
                                                                           UNITED STATE DISTRICT JUDGE