IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal Representative
of the Estate of Desiree Gonzales, deceased,

    Plaintiff,

v.                                          Case No. 1:15-CV-00073-KG-SCY

GABRIELVALENCIA, Youth Development
Administrator, Individually, MATTHEW
EDMUNDS, Corrections Officer, Individually,
JOHN ORTEGA, Corrections Officer,
Individually, MOLLY ARCHULETA, Corrections
Nurse, Individually, ST. VINCENT HOSPITAL,
and NATHAN PAUL UNKEFER, M.D.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court upon Plaintiff Aimee Bevan's and Defendant CHRISTUS St. Vincent's Joint Motion for Order of Dismissal ("Motion"), and the Court being fully advised that the remaining parties do not oppose the relief requested in the Motion,

**HEREBY FINDS** that the Motion is well taken and shall be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that any and all claims that were or could have been brought by Plaintiff against Defendant CHRISTUS St. Vincent in this matter are dismissed with prejudice. Each party shall bear their own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

By: */s/ Lee R. Hunt*
Lee R. Hunt, Esq.
Stephen R. Marshall, Esq.
HUNT & MARSHALL
518 Old Santa Fe Trail, #501
Santa Fe, New Mexico 87505
(505) 954-4868
lee@huntandmarshall.com
steve@huntandmarshall.com
*Attorneys for Plaintiff*

By: */s/ Jennifer G. Anderson*
Jennifer G. Anderson
Elizabeth A. Martinez
MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.
P. O. Box 2168
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800
*Attorneys for Defendant CHRISTUS St. Vincent*

**APPROVED AS TO FORM:**

Thomas R. Mack, Esq.
MILLER STRATVERT PA
Post Office Box 25687
Albuquerque, NM 87125
Phone: (505) 842-1950
Fax: (505) 243-4408
tmack@mstlaw.com
*Attorney for Defendant Nathan P. Unkefer, M.D.*

Steven L. Gonzales, Esq.
GONZALES LAW FIRM, LLC
3840 Masthead St., NE
Albuquerque, NM 87109-4479
Phone: (505) 417-3898
steve@nmbusinesslaw.com

Mark E. Komer, Esq.
LONG, KOMER & ASSOCIATES, P.A.
P. O. Box 5098
Santa Fe, NM 87502-5098
Phone: (505) 982-8405
mark@longkomer.com
email@longkomer.com
*Attorneys for Santa Fe County Defendants*