IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AIMEE BEVAN, as Personal Representative
of the Estate of Desiree Gonzales, deceased,

    Plaintiff,

vs.                                      Civ. No. 15-73 KG/SCY

GABRIEL VALENCIA, Youth Development
Administrator, Individually, MATTHEW
EDMUNDS, Corrections Officer, Individually,
JOHN ORTEGA, Corrections Officer, Individually,
MOLLY ARCHULETA, Corrections Nurse, Individually,
and NATHAN PAUL UNKEFER, M.D.,

    Defendants.

## JUDGMENT

The Court held a jury trial in this matter from September 17, 2018, to September 26, 2018. On September 24, 2018, the Court granted Defendant Molly Archuleta's oral motion for judgment as a matter of law under Fed. R. Civ. P. 50(a). On September 26, 2018, the jury rendered a verdict in favor of the remaining Defendants on all of Plaintiff's claims.

IT IS, THEREFORE, ORDERED that

1. judgment is entered in favor of Defendants Gabriel Valencia, Matthew Edmunds, John Ortega, Molly Archuleta, and Nathan Paul Unkefer, M.D.; and

2. this case is dismissed with prejudice.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE