# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | May 31, 2019 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

Mr. Steven L. Gonzales
Resnick & Louis
8111 East Indian Bend Road
Scottsdale, AZ 85250

Mr. Mark E. Komer
Long, Komer & Associates
P.O. Box 5098
2200 Brothers Road
Santa Fe, NM 87502-5098


Mr. Stephen R. Marshall
Mr. Leon R. Hunt
518 Old Santa Fe Trail, Suite 501
Santa Fe, NM 87505

Mr. Mark E. Komer
Long, Komer & Associates
P.O. Box 5098
2200 Brothers Road
Santa Fe, NM 87502-5098

Ms. Jonlyn M. Martinez
Law Firm of Jonlyn M. Martinez
P.O. Box 1805
Albuquerque, NM 87103-1805

**RE:**   18-2163, Bevan v. Santa Fe County, et al
  Dist/Ag docket: 1:15-CV-00073-KG-SCY

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

  Sincerely,

  Elisabeth A. Shumaker
  Clerk of the Court

EAS/at