FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

May 31, 2019

Elisabeth A. Shumaker
Clerk of Court

---

AIMEE BEVAN, as personal representative for the estate of Desiree Gonzales, deceased,

    Plaintiff - Appellant,

v.

SANTA FE COUNTY; GABRIEL VALENCIA, Youth Development Administrator, individually; MATTHEW EDMUNDS, Corrections Officer, individually; JOHN ORTEGA, Corrections Officer, individually,

    Defendants - Appellees,

and

NATHAN PAUL UNKEFER, M.D.; MOLLY ARCHULETA, Corrections Nurse, individually,

    Defendants.

No. 18-2163
(D.C. No. 1:15-CV-00073-KG-SCY)

---

**ORDER**

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk